**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MEMORY CARE US REIT, LLC, and MEMORY CARE (US REIT) PTY LIMITED, as trustee for MEMORY CARE (US REIT) TRUST,<br><br>        Plaintiffs,<br><br>-against-<br><br>PMC INVESTOR, LP, and PANCHO MEMORY CARE NL C.V.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 23-cv-00357-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (b)(1), Defendant PMC Investor, LP states as follows: Defendant PMC Investor, LP is a is a limited partnership organized and existing under the laws of the Cayman Islands, British Overseas Territory, it does not have a parent corporation, and no publicly traded company owns more than 10% of its membership interests.

Dated: March 30, 2023

                                              SULLIVAN HAZELTINE ALLINSON LLC

                                              */s/ William A. Hazeltine*
                                              William A. Hazeltine (No. 3294)
                                              919 North Market Street, Suite 420
                                              Wilmington, Delaware 19801
                                              Tel: 302.428.8191
                                              Email: whazeltine@sha-llc.com

                                              and

                                              Oleg Rivkin, Esq.
                                              RIVKIN LAW GROUP PLLC
                                              48 Wall Street, Suite 1100
                                              New York, New York 10005
                                              (212) 231-9776
                                              (201) 362-4100 (mobile)
                                              or@rivkinlawgroup.com

                                              *Counsel for PMC Investor, LP*