# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEMORY CARE US REIT, LLC, and MEMORY CARE (US REIT) PTY LIMITED, as trustee for MEMORY CARE (US REIT) TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>PMC INVESTOR, LP, and PANCHO MEMORY CARE NL C.V.,<br><br>Defendants. | C.A. No. 23-cv-00357 CFC |

## DEFENDANT PMC INVESTOR, LP'S MOTION TO DISMISS THE COMPLAINT

Defendant PMC Investor, LP ("PMC") moves to dismiss the Complaint against it pursuant to the Fed. R. Civ. P. 12(b)(3) (improper venue) and 12(b)(5) (insufficient service of process).

The grounds for this motion are set forth in the accompanying memorandum of law in support of this motion, and the declarations Oleg Rivkin and Robert J. Tolchin, submitted herewith.

WHEREFORE, for the reasons set forth in the accompanying Defendant PMC Investor, LP's Memorandum of Law in Support of Motion to Dismiss the Complaint,

PMC respectfully requests that this Honorable Court enter an order substantially in the form attached hereto.

Dated: April 10, 2023

                                          **SULLIVAN HAZELTINE ALLINSON LLC**

                                          */s/ William A. Hazeltine*
                                          William A. Hazeltine (No. 3294)
                                          919 North Market Street, Suite 420
                                          Wilmington, Delaware 19801
                                          Tel: 302.428.8191
                                          Fax: 302.428.8195
                                          Email: whazeltine@sha-llc.com

                                                  -and-

                                          Oleg Rivkin, Esq.
                                          RIVKIN LAW GROUP PLLC
                                          48 Wall Street, Suite 1100
                                          New York, New York 10005
                                          (212) 231-9776
                                          (201) 362-4100 (mobile)
                                          or@rivkinlawgroup.com

                                          *Counsel for PMC Investor, LP*