**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MEMORY CARE US REIT, LLC, and MEMORY CARE (US REIT) PTY LIMITED, as trustee for MEMORY CARE (US REIT) TRUST,<br><br>            Plaintiffs,<br><br>-against-<br><br>PMC INVESTOR, LP, and PANCHO MEMORY CARE NL C.V.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 23-cv-00357 CFC |

**[PROPOSED] ORDER GRANTING DEFENDANT PMC INVESTOR, LP'S MOTION TO DISMISS THE COMPLAINT**

Having considered Defendant PMC Investor, LP's Motion to Dismiss the Complaint against it, IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED THIS ____ day of _____.

_____
UNITED STATES DISTRICT JUDGE