# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MEMORY CARE US REIT, LLC, and MEMORY CARE (US REIT) PTY LIMITED, as trustee for MEMORY CARE (US REIT) TRUST,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PMC INVESTOR, LP, and PANCHO MEMORY CARE NL C.V.,<br><br>　　　　Defendants. | No. 1:23-cv-00357-CFC |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Proc. 7.1 and the Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, entered by this Court on April 18, 2022, the plaintiffs make the following disclosures:

1.　The plaintiff Memory Care (US REIT) Pty Limited (the "Australian Trustee") is a corporation organized and existing under the laws of Australia. The ultimate beneficial owner of the Australian Trustee is Les Koltai.

2.　The plaintiff Memory Care US REIT, LLC (the "REIT") is a Delaware limited liability company. As a limited liability company, the REIT shares citizenship with its members.

3.      The members of the plaintiff REIT are (i) plaintiff Memory Care (US REIT) Pty Limited, as trustee for Memory Care (US REIT) Trust, (ii) defendant PMC Investor, LP, and (possibly) (iii) defendant Pancho Memory Care NL C.V.

4.      The beneficial owners of Memory Care (US REIT) Trust are all citizens and residents of Australia.  None of the beneficiaries are a public corporation.

5.      Based on its representations in its Rule 7.1 Disclosure Statement (ECF No. 3), the defendant PMC Investor, LP is a limited partnership organized and existing under the laws of the Cayman Islands.  The plaintiff REIT is unable to identify the citizenship of every individual and corporation with a direct or indirect interest in defendant PMC Investor.

6.      The defendant Pancho Memory Care NL C.V. is a limited partnership organized and existing under the laws of the Netherlands, which may or may not claim an interest in the plaintiff REIT.  The plaintiff REIT is unable to identify the citizenship of every individual and corporation with a direct or indirect interest in defendant Pancho Memory Care NL C.V.

Dated: April 14, 2023

FISHERBROYLES, LLP

/s/ *Carl D. Neff*
Carl D. Neff (No. 4895)
Maura L. Burke (No. 5313)
CSC Station
112 S. French Street
Wilmington, Delaware 19801
(302) 482-4244
Carl.Neff@FisherBroyles.com

OF COUNSEL:

Matthew C. Baltay
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000
mbaltay@foleyhoag.com

*Attorneys for Plaintiffs*
*Memory Care US REIT, LLC and*
*Memory Care (US REIT) Pty Limited,*
*as trustee for Memory Care (US REIT) Trust*

3